# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 07-03014-01-CR-S-ODS |
| RYAN L. MARSH, | ) ) ) | |
| Defendant . | ) | |

## REPORT AND RECOMMENDATION

On July 2, 2008, defendant filed a motion for evaluation pursuant to 18 U.S.C. § 4241, which was subsequently ordered by the Court. The evaluation was conducted at the United States Medical Center, Springfield, Missouri, and a psychological report was filed with the Court on September 2, 2008. The matter was called for a hearing. The defendant appeared in person and with counsel. There was no evidence presented, other than the report previously mentioned above. The mental health experts at the United States Medical Center concluded that the defendant is not suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. It is therefore

RECOMMENDED that the defendant be declared competent to stand trial. [1]

    /s/ James C. England
**JAMES C. ENGLAND, CHIEF
UNITED STATES MAGISTRATE JUDGE**

Date: September 5, 2008

---

[1] All parties waived the 10-day waiting period for filing exceptions in this case.

Date: September 5, 2008