# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-03014-01-CR-S-ODS |
| | ) | |
| RYAN L. MARSH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial. The parties have waived the 10-day waiting period for filing exceptions in this case. It is therefore

ORDERED that the defendant be declared competent to stand trial.

                                          */s/ Ortrie D. Smith*
                                          **ORTRIE D. SMITH**
                                          **UNITED STATES DISTRICT JUDGE**

Date: September 8, 2008